

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:         Ex parte Cameron Michael Moon

Appellate case number:       01-18-01014-CR

Trial court case number:     1467534A

Trial court:                 182nd District Court of Harris County

Appellant, Cameron Michael Moon, has filed a notice of appeal of the trial court's order denying his pretrial application for a writ of habeas corpus. The clerk's record was filed on November 16, 2018, and the reporter's record was filed on November 29, 2018. The Court will consider briefing in this appeal. *See* TEX. R. APP. P. 31.1(b).

Appellant's brief will be due within 20 days from the date of this order. *See* TEX. R. APP. P. 31.2(b), 38.6(a). The State's brief, if any, will be due no later than 20 days from the date that appellant's brief is filed. TEX. R. APP. P. 31.2(b), 38.6(b).

It is so ORDERED.

Judge's signature: ____/s/ Russell Lloyd_____
☑ Acting individually   ☐ Acting for the Court

Date: __December 6, 2018___